No. 18,072.

IRVING ZELINGER v. GEORGE S. CONLEY.
(317 P. [2d] 894)

Decided November 12, 1957.

. Mr. ISAAC MELLMAN, Mr. GERALD N. MELLMAN, for plaintiff in error.

388

Mr. HARRY SOBOL, Mr. BERNARD SOBOL, for defendant in error.

*En Banc.*

PER CURIAM.

MR. JUSTICE FRANTZ did not participate.

MR. CHIEF JUSTICE MOORE, MR. JUSTICE HOLLAND and MR. JUSTICE SUTTON are of the opinion that the judgment should be affirmed.

MR. JUSTICE KNAUSS, MR. JUSTICE HALL and MR. JUSTICE DAY are of the opinion that the judgment should be reversed.

The court being equally divided, the judgment of the trial court is affirmed by operation of law.